ACCEPTED
06-14-00223-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/4/2015 9:09:18 AM
DEBBIE AUTREY
CLERK

## No. 06-14-00223-CR

## IN THE COURT OF APPEALS

## FOR THE SIXTH APPELLATE DISTRICT

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/4/2015 9:09:18 AM
DEBBIE AUTREY
Clerk

## TEXARKANA, TEXAS

**DALE DEWAYNE FISHER**                          **APPELLANT**

**VS**

**STATE OF TEXAS**                          **APPELLEE**

## <u>MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANT</u>

TO HONORABLE JUDGES OF SAID COURT:

NOW COMES, the Appellant by and through his Attorney, Tim Cone, and does hereby move this Honorable Court to grant an extension of time for the purpose of filing the Appellant's Brief.

### I.

Judgment was entered with the 115th District Court of Upshur County, Texas, in Cause Number 16,741 styled The State of Texas vs. Dale Dewayne Fisher, on the 12th day of November, 2014. The Appellant's brief is due on May 4, 2015. This is the Appellant's third request for an extension of time for the late filing of Appellant's brief.

That the Appellant hereby requests an extension of time to file Appellant's brief until May 5, 2015, and will hopefully be the last extension we will ask for and as reason therefore, would show the court as follows: Appellant's attorney was preparing for jury trials in the 115th District Court for the two week session beginning April 13, 2015: State v. Carlos Bunch, Jr., Cause Number 12503; State v. Alton Ray Easley, Jr., Cause Numbers 16346,16499 and 16647;State v. David Bruce Williams, Cause Number 16580; State v. Mary Ellen Clark, Cause Number 16723; State v. Christopher Alan Ray, Cause Number 16,784; State v. Kelly Wayne Haney, Cause number 16,881; State v. Stefoni Elyse Knox, Cause Number 16,854;State v. Jerry Dean Becht, Cause Number 16,907; and State v. Lester Shane Browning, Cause Number 16,875. Further, Appellant's attorney was preparing for a jury trial in the 188th District Court of Gregg County for the week of April 20, 2015, in the case of State v. Saihaine Nijel Freeman, Cause Number 44140-A. A jury was selected in that case and the case was tried to a jury that week. Lastly, Appellant's attorney is in the process of moving his office and home to another location for the hopefully short time (4-5 months) until he is able to retire. The move should have been completed by April 17, 2015, and the sale of the office/home should have completed on May 1, 2015. However, preparing the home for sale and the office for use took much longer and required much more time and effort than anticipated. Even though work was done on the home for the weeks leading up to the proposed closing on May 1, 2015-sometimes well into the evening hours-the

proposed buyer backed out about three hours before closing, with no notice. Appellant's attorney has reviewed the record and almost completed the research in the case at bar. The brief will be ready for submission on May 5, 2015.

.

.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully prays that the Honorable Court of Appeals extend the time for the filing of Appellant's Brief in this cause to the 5th day of May, 2015.

Respectfully Submitted,

/s/Tim Cone

_____
Tim Cone, Attorney At Law
State Bar N. 04660350
P.O. Box 413
Gilmer, Texas  75644
903-725-6270
 e-mail: timcone6@aol.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Appellant's Motion for Extension of Time to File Brief has been served to Natalie

Miller, Assistant Criminal District Attorney  for Upshur County, attorney for Appellee, on this the  4th  day of May, 2015.

/s/Tim Cone

_____

Tim Cone, Attorney At Law